21

United States District Court
Southern District of Texas
ENTERED

JUL 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

| | | |
|---|---|---|
| MARY C. GOMEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-188 |
| | § | |
| PFIZER, INC. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON MOTION OF PFIZER INC. FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 2, 1998 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 14, 1998

TO:    MR. ED STAPLETON/MR. MICHAEL COWAN
       MR. JACK E. URQUHART
       MR. LEE M. SIMPSON
       MR. DAVID OLIVEIRA