United States District Court
Southern District of Texas
ENTERED

JUL 21 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY C. GOMEZ, CONSUELO LOPEZ, GERALD LOPEZ, and DELIA TAMAYO BALLI, <br><br>Plaintiffs, <br><br>v. <br><br>PFIZER INC., <br><br>Defendant. | § § § § § § § § § § § § § |

Civil Action No. B-97-188

## STIPULATED DISMISSAL ORDER

WHEREAS, each of the plaintiffs listed in the caption has previously dismissed his or her claims against defendant without any consideration having been paid or received, and

WHEREAS, a new named plaintiff, Heidi Warner, was substituted as the sole named plaintiff, and

WHEREAS, Heidi Warner wishes to dismiss her claims against defendant without any consideration having been paid or received, and

WHEREAS, no class has been certified and no purported class member will be prejudiced by dismissal of this action,

Doc #1588456.NY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and defendant, pursuant to FRCP 23(e) and 41(a), that this action is dismissed with prejudice, each side to bear its own costs.

SO ORDERED this 20th day of July, 1998.

_____
UNITED STATES DISTRICT JUDGE

Agreed as to form and substance:

| | |
|---|---|
| _____ | _____ |
| Ed Stapleton | David G. Oliveira, Attorney-in-Charge |
| State Bar No. 19058400 | State Bar No. 15254675 |
| Michael R. Cowen | Roerig, Oliveira & Fisher |
| State Bar No. 00795306 | Suite 9, 855 W. Price Road |
| 1325 Palm Boulevard | 350 North St. Paul Street |
| Brownsville, Texas 78520 | Brownsville, Texas 78520 |
| Telephone: (956) 541-4981 | Telephone: (956) 542-5666 |
| Facsimile: (956) 504-3674 | Facsimile: (956) 542-0016 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant Pfizer Inc. |